# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CLUB GALLISTICO DE PUERTO RICO INC. et al.,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **UNITED STATES OF AMERICA et al.,** <br><br> **Defendants.** | **CIVIL NO. 19-1481 (GAG); (consolidated with Civil No. 19-1739 (GAG))** |

## **JUDGMENT**

Pursuant to the Court's Opinion and Order at Docket No. 77, judgment is hereby entered **DISMISSING** the instant action in favor of Defendant United States and others.

**SO ORDERED.**

In San Juan, Puerto Rico this 28th of October, 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge

1